| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): _____ Chapter **11** |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy** 04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.**

1. **Debtor's name** — **Advanced Solids Control, LLC**

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)** — 4 1 – 2 2 3 4 9 6 8

4. **Debtor's address**

   **Principal place of business**

   **5655 Bear Lane, Suite 100**
   Number   Street

   **Corpus Christi**   **TX**   **78405**
   City                State   ZIP Code

   **Nueces**
   County

   **Mailing address, if different from principal place of business**

   Number   Street

   P.O. Box

   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street

   City   State   ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Advanced Solids Control, LLC**     Case number (if known) _____

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY
      District _____ When _____ Case number _____
                                    MM / DD / YYYY
      District _____ When _____ Case number _____
                                    MM / DD / YYYY

Debtor **Advanced Solids Control, LLC**     Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

Debtor _____ Relationship _____
District _____ When _____ MM / DD / YYYY
Case number, if known _____

Debtor _____ Relationship _____
District _____ When _____ MM / DD / YYYY
Case number, if known _____

List all cases. If more than 1, attach a separate list.

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____
City      State    ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor **Advanced Solids Control, LLC**     Case number (if known) _____

| 14. Estimated number of creditors | ☐ 1-49<br>☑ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated assets | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☑ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    ■ I have been authorized to file this petition on behalf of the debtor.

    ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on **12/02/2016**
    MM / DD / YYYY

    X **/s/ W. Lynn Frazier**     **W. Lynn Frazier**
    Signature of authorized representative of debtor     Printed name

    Title **Managing Member**

18. **Signature of attorney**

    X **/s/ William R. Davis, Jr.**     Date **12/02/2016**
    Signature of attorney for debtor     MM / DD / YYYY

    **William R. Davis, Jr.**
    Printed name

    **Langley & Banack, Inc.**
    Firm name

    **745 E Mulberry Ave.**
    Number     Street

    **Suite 900**

    **San Antonio**     **TX**     **78212**
    City     State     ZIP Code

    **(210) 736-6600**     **wrdavis@langleybanack.com**
    Contact phone     Email address

    **05565500**     **TX**
    Bar number     State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

In re **Advanced Solids Control, LLC**          Case No. _____

Chapter    **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept.................................................. | **$30,000.00** |
| Prior to the filing of this statement I have received........................................ | **$30,000.00** |
| Balance Due................................................................................................. | **$0.00** |

2. The source of the compensation paid to me was:
   ☒ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☒ Debtor      ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **12/02/2016** | **/s/ William R. Davis, Jr.** | |
|---|---|---|
| *Date* | *William R. Davis, Jr.* | Bar No. 05565500 |
| | Langley & Banack, Inc. | |
| | 745 E Mulberry Ave. | |
| | Suite 900 | |
| | San Antonio, TX 78212 | |
| | Phone: (210) 736-6600 / Fax: (210) 735-6889 | |

</div>

   /s/ W. Lynn Frazier
*W. Lynn Frazier*
*Managing Member*

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Advanced Solids Control, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Sentrimax Centrifuges, Inc. 108 Sentry Drive Mansfield, TX 76063 | | | | | | $243,352.77 |
| 2 | Eddy County Treasurer 101 W. Greene, Suite 117 Carlsbad, NM 88220 | | | | | | $90,046.74 |
| 3 | Crain, Caton & James 17th Fl., 1401 McKinney St. Houston, TX 77010-4035 | | Services | | | | $63,870.03 |
| 4 | Stang Automation, Inc. 100 Pointe Marcelle Beaumont Alberta T4X 0G2 Canada | | | | | | $57,578.09 |
| 5 | Ber Mar Rewind, Ltd. 9609 109 Street Grand Prairie AB T8V 4E3 Canada | | Services | | | | $56,464.55 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor **Advanced Solids Control, LLC**
           Name

Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Kirby-Smith Machinery, Inc. P.O. Box 270360 Oklahoma City, OK 73137 | | | | | | $33,144.50 |
| 7 | Tucker, Albin & Associates, Inc. 1702 N. Collins Blvd., Suite 100 Richardson, TX 75080 | | Services | | | | $30,222.24 |
| 8 | Harvey Fuels, Inc. P.O. Box 8026 Ruidoso, NM 88355 | | | | | | $27,521.51 |
| 9 | ? P.O. Box 25128 Santa Fe, NM 87504 | | | | | | $24,646.84 |
| 10 | Forrest Tire, Inc. P.O. Box 1778 Carlsbad, NM 88221-1778 | | | | | | $23,564.93 |
| 11 | A. G. Adjustments, Ltd. 740 Walt Whitman Rd. Melville, NY 11747-9090 | | | | | | $21,481.51 |
| 12 | Pactec, Inc. P.O. Box 8069 Clinton, LA 70722 | | | | | | $18,721.92 |
| 13 | ASK Environmental Equipment 20504 Enfield Ave. N. Forest Lake, MN 55025 | | | | | | $18,000.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Debtor  **Advanced Solids Control, LLC**                    Case number (if known) _____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Williams Scotsman, Inc. P.O. Box 91975 Chicago, IIL 60693-1975 | | | | | | $16,912.42 |
| 15 | DNOW, LP P.O. Box 40985 Houston, TX 77240-0985 | | Services | | | | $14,034.71 |
| 16 | United Healthcare Dept. CH 1051 Palatine, IL 60055-0151 | | | | | | $11,203.58 |
| 17 | Big Dog - Rig Movers 7500 W. Hwy. 80 Midland, TX 79706 | | Services | | | | $7,720.00 |
| 18 | Nichols Printing, Inc. P.O. Box 608 212 West Lea St. Carlsbad, NM 88221-0608 | | | | | | $7,043.50 |
| 19 | Carlsbad Irrigation District 5117 Grandi Road Carlsbad, NM 88220 | | Services | | | | $6,546.00 |
| 20 | Industrial Electric Motors, Inc. P.O. Box 926 Carlsbad, NM 88221-0926 | | | | | | $5,590.87 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**                page 3

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE: **Advanced Solids Control, LLC**  CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  12/2/2016

Signature  /s/ W. Lynn Frazier
*W. Lynn Frazier*
*Managing Member*

Date

Signature

?
P.O. Box 25128
Santa Fe, NM 87504


?
111 E. 17th Street
Austin, TX 78774-0210


A-Terry's Plumbing Heating & AC, Inc.
P.O. Box 9714
Midland, TX 79708


A. G. Adjustments, Ltd.
740 Walt Whitman Rd.
Melville, NY 11747-9090


American Ad Valorem Tax Consultants
P.O. Box 6330
Corpus Christi, TX 78466-6330


American Medical Group Carlsbad
2410 N. Fowler
Hobbs, NM 88240


ASK Environmental Equipment
20504 Enfield Ave. N.
Forest Lake, MN 55025


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197


Atmos Energy
P.O. Box 790311
St. Louis, MO 63179-0311

Ber Mar Rewind, Ltd.
9609 109 Street Grand Prairie
AB T8V 4E3 Canada

Big Dog - Rig Movers
7500 W. Hwy. 80
Midland, TX 79706

Cain Electrical Supply
P.O. Box 16489
Fort Worth, TX 76162

Carlsbad Irrigation District
5117 Grandi Road
Carlsbad, NM 88220

Chamberlain Enterprises, LLC
205 Raymond St.
Carlsbad, NM 88220

City of Carlsbad
P.O. Box 1569
Carlsbad, NM 88221-1569

City of Midland
P.O. Box 1152
Midland, TX 79702-1152

Crain, Caton & James
17th Fl., 1401 McKinney St.
Houston, TX 77010-4035

Darin Merle Harding
5655 Bear Lane, #100
Corpus Christi, TX 78405

DirectV
P.O. Box 105249
Atlanta, GA  30348


DNOW, LP
P.O. Box 40985
Houston, TX  77240-0985


Eddy County Treasurer
101 W. Greene, Suite 117
Carlsbad, NM  88220


First Insurance Funding Corp.
P.O. Box 66468
Chicago, IL  60666-0468


First National Bank of Beeville
1400 E. Houston St.
Beeville, TX  78102


Fluid Audience, Inc.
102-10001-101 Avenue Grande Prairie
AB T8V 0X9 Canada


Forrest Tire, Inc.
P.O. Box 1778
Carlsbad, NM  88221-1778


Frost National Bank
100 W. Houston Street
San Antonio, TX 78205


Gabriel Jaime
3509 Hickory Tree Rd.
Bach Springs, TX  75180

Gary Sweetman
226 Augusta Drive
Portland, TX   78374


Harvey Fuels, Inc.
P.O. Box 8026
Ruidoso, NM   88355


Industrial Electric Motors, Inc.
P.O. Box 926
Carlsbad, NM   88221-0926


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA   19101-7346


Kirby-Smith Machinery, Inc.
P.O. Box 270360
Oklahoma City, OK   73137


Komatsu Southwest
P.O. Box 842326
Dallas, TX   75284-2326


Layer One Networks, LLC
5705 Gollihar Rd., #1
Corpus Christi, TX   78412


Leaf Capital Funding, LLC
P.O. Box 742647
Cincinnati, OH   45274-2647


LG Pest Control, LLC
2612 Mountain View
Carlsbad, NM   88220

Linebarger Goggan Blair & Sampson
David G. Aelvoet
711 Navarro, Suite 300
San Antonio, TX 78205


Magnum Oil Tools International, Ltd.
5655 Bear Lane, Suite 100
Corpus Christi, TX  78409


Midland Central Appraisal District
4631 Andrews Hwy.
P.O. Box 908002
Midland, TX  79708-0002


Mike Valdez
P.O. Box 344
Loving, NM  88256


Mobile Safety and Consultation, LLC
P.O. Box 1813
Carlsbad, NM  88221


Munsch Hardt Kopf & Harr, PC
500 N. Akard St.
Dallas, TX  75201-6659


National Truck Services Group
2300 N. Main Suite 7
Clovis, NM  88101


Nichols Printing, Inc.
P.O. Box 608
212 West Lea St.
Carlsbad, NM 88221-0608


North Texas Tollway Authority
P.O. Box 660244
Dallas, TX  75266-0244

Nueces County Tax Collector  
Kevin Kieschink  
P.O. Box 2810  
Corpus Christi, Texas 78403  

Otis Mutual Domestic Water  
P.O. Box 5069  
Carlsbad, NM  88220  

Pactec, Inc.  
P.O. Box 8069  
Clinton, LA  70722  

Prince Parker & Associates, Inc.  
P.O. Box 474690  
Charlotte, NC  28247-4690  

Professional Communications  
P.O. Box 61830  
Midland, TX  79711-1830  

Reliant  
P.O. Box 650475  
Dallas, TX  75265-0475  

RK Pump & Supply  
11400 West County Rd. 30  
Midland, TX  79707  

Sentrimax Centrifuges, Inc.  
108 Sentry Drive  
Mansfield, TX  76063  

SLS Litigation Services, LLC  
4008 Louetta Rd., Suite 233  
Spring, TX  77388

Stang Automation, Inc.
100 Pointe Marcelle Beaumont
Alberta T4X 0G2 Canada

State of New Mexico

Systemseven Services
8240 N. MoPac Expwy, #350
Austin, TX 78759

Teletrac Corporation
7391 Lincoln Way
Garden Grave, CA 92841

Texas Mutual Insurance Co.
P.O. Box 841843
Dallas, TX 75284-1834

The Water Works
313 South Canal
Carlsbad, NM 88220

TKH Services
P.O. Box 3053
Carlsbad, NM 88221

Tranbarger & Company, LLP
802 N. Carancahua, Suite 1660
Corpus Christi, TX 78405

Tucker, Albin & Associates, Inc.
1702 N. Collins Blvd., Suite 100
Richardson, TX 75080

United Fire Group
P.O. Box 3244
Cedar Rapids, IA   52406-3244


United Healthcare
Dept. CH 1051
Palatine, IL   60055-0151


United States Attorney
Taxpayer Division
601 N.W. Loop 410 Suite 600
San Antonio, TX 78216-5512


United States Attorney General
950 Pennsylvania Ave., NW
Washington, DC   20530-0001


Warren Lynn Frazier
713 Snug Harbor
Corpus Christi, TX   78402


Web Listings, Inc.
1623 Military Rd., #926
Niagara Falls, NY 14304-1745


Williams Scotsman, Inc.
P.O. Box 91975
Chicago, IIL   60693-1975


Windstream
P.O. Box 9001908
Louisville, KY   40290-1905


Xcel Energy
P.O. Box 9477
Minneapolis, MN   55484-9477