IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | X | |
| | X | |
| ADVANCED SOLIDS CONTROL, LLC | X | CASE NO. 16-52748-RBK |
| | X | |
| DEBTOR | X | CHAPTER 11 |

### MOTION OF ADVANCED SOLIDS CONTROL, LLC FOR AUTHORIZATION TO SELL REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE RONALD B. KING, CHIEF JUDGE,
UNITED STATES BANKRUPTCY COURT:

NOW COMES, Advanced Solids Control, LLC, Debtor-in-Possession in the above styled and numbered Chapter 11 bankruptcy case, and files this its Motion For Authorization to Sell Real Property Free and Clear of All Liens, Claims and Encumbrances, and in support thereof would respectfully show the Court the following:

1. On December 2, 2016, Advanced Solids Control, LLC (hereinafter called "Debtor") filed its voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division.

2. The asset proposed to be sold is real property described as 3907 N. Pat Garrett Ct., Carlsbad, NM 88220.

3. The Debtor proposes to sell the real property for the cash sales price in the amount of $260,000.00 to Travis and Tiffany Stevens (not related to the Debtor). The sale is scheduled to close on or before January 10, 2017.

4. The Debtor believes that the proposed sales price approximates the real property's market value in the context of such a sale, and is a reasonable value based upon the asset proposed to be sold and its marketability.

5. The real property is subject to a mortgage lien to First National Bank of Beeville in the amount of $891,701.42. There are several other real properties which secure the claim of First National Bank of Beeville. Any outstanding ad valorem taxes, including the 2016 ad valorem taxes, will be paid in full from the sale.

6. The Debtor is requesting permission to pay all reasonable closing costs, including real estate commissions (if any), directly at closing. The net proceeds from the sale will be paid to First National Bank of Beeville against the outstanding balance of its Note (partial payment).

7. The Debtor is requesting that the sale be free and clear of all liens, claims and encumbrances pursuant to §363 of the U.S. Bankruptcy Code. The lien of First National Bank of Beeville and the local ad valorem taxing authorities will automatically attach to the net sales proceeds based upon their pre-petition priority, and paid through closing.

8. Should the sale to Travis and Tiffany Stevens fail to close, the Debtor is requesting permission to sell the real property to any other third party for the minimum cash sales price in the amount of $260,000.00.

9. A copy of the Contract is attached hereto as Exhibit "A".

10. A copy of the Order uploaded with this Motion is attached hereto.

WHEREFORE, PREMISES CONSIDERED, Debtor requests that the Court authorize it to sell free and clear of all liens, claims and encumbrances pursuant to §363 of the U.S. Bankruptcy Code the real property (3907 N. Pat Garrett Ct., Carlsbad, NM 88220) for the cash sales price in the amount of $260,000.00 to Travis and Tiffany Stevens pursuant to the terms set forth above, and for such other and further relief to which the Debtor may show itself entitled.

Date: December 12, 2016.

                                Respectfully submitted,

                                /s/ William R. Davis, Jr.
                                WILLIAM R. DAVIS, JR.
                                State Bar No. 05565500
                                LANGLEY & BANACK, INC.
                                745 E. Mulberry, Suite 900
                                San Antonio, TX 78212
                                (210) 736-6600

                                Attorneys for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2016, a true and correct copy of the above and foregoing instrument was mailed, first class, postage prepaid to the attached notice list.

                                /s/ William R. Davis, Jr.
                                WILLIAM R. DAVIS, JR.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 16-52748-rbk<br>Western District of Texas<br>San Antonio<br>Mon Dec 12 15:29:52 CST 2016 | Advanced Solids Control, LLC<br>5655 Bear Lane, Suite 100<br>Corpus Christi, TX 78405-4407 | U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 |
| A-Terry's Plumbing Heating & AC, Inc.<br>P.O. Box 9714<br>Midland, TX 79708-9714 | A. G. Adjustments, Ltd.<br>740 Walt Whitman Rd.<br>Melville, NY 11747-2212 | ASK Environmental Equipment<br>20504 Enfield Ave. N.<br>Forest Lake, MN 55025-8135 |
| AT&T Mobility<br>P.O. Box 6463<br>Carol Stream, IL 60197-6463 | American Ad Valorem Tax Consultants<br>P.O. Box 6330<br>Corpus Christi, TX 78466-6330 | American Medical Group Carlsbad<br>2410 N. Fowler<br>Hobbs, NM 88240-2312 |
| Atmos Energy<br>P.O. Box 790311<br>St. Louis, MO 63179-0311 | Ber Mar Rewind, Ltd.<br>9609 109 Street Grand Prairie<br>AB T8V 4E3 Canada | Big Dog - Rig Movers<br>7500 W. Hwy. 80<br>Midland, TX 79706-2856 |
| Cain Electrical Supply<br>P.O. Box 16489<br>Fort Worth, TX 76162-0489 | Carlsbad Irrigation District<br>5117 Grandi Road<br>Carlsbad, NM 88220-8931 | Chamberlain Enterprises, LLC<br>205 Raymond St.<br>Carlsbad, NM 88220-9696 |
| City of Carlsbad<br>P.O. Box 1569<br>Carlsbad, NM 88221-1569 | City of Midland<br>P.O. Box 1152<br>Midland, TX 79702-1152 | Crain, Caton & James<br>17th Fl., 1401 McKinney St.<br>Houston, TX 77010-4035 |
| DNOW, LP<br>P.O. Box 40985<br>Houston, TX 77240-0985 | Darin Merle Harding<br>5655 Bear Lane, #100<br>Corpus Christi, TX 78405-4407 | DirectV<br>P.O. Box 105249<br>Atlanta, GA 30348-5249 |
| Eddy County Treasurer<br>101 W. Greene, Suite 117<br>Carlsbad, NM 88220-6258 | First Insurance Funding Corp.<br>P.O. Box 66468<br>Chicago, IL 60666-0468 | First National Bank of Beeville<br>1400 E. Houston St.<br>Beeville, TX 78102-5380 |
| Fluid Audience, Inc.<br>102-10001-101 Avenue Grande Prairie<br>AB T8V 0X9 Canada | Forrest Tire, Inc.<br>P.O. Box 1778<br>Carlsbad, NM 88221-1778 | Frost Bank<br>c/o Robert L. Barrows<br>Warren, Drugan & Barrows, P.C.<br>800 Broadway<br>San Antonio, TX 78215-1517 |
| Frost National Bank<br>100 W. Houston Street<br>San Antonio, TX 78205-1400 | Gabriel Jaime<br>3509 Hickory Tree Rd.<br>Bach Springs, TX 75180-2205 | Gary Sweetman<br>226 Augusta Drive<br>Portland, TX 78374-4001 |

| | | |
|---|---|---|
| Harvey Fuels, Inc.<br>P.O. Box 8026<br>Ruidoso, NM 88355-8026 | Industrial Electric Motors, Inc.<br>P.O. Box 926<br>Carlsbad, NM 88221-0926 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Kirby-Smith Machinery, Inc.<br>P.O. Box 270360<br>Oklahoma City, OK 73137-0360 | Komatsu Southwest<br>P.O. Box 842326<br>Dallas, TX 75284-2326 | LG Pest Control, LLC<br>2612 Mountain View<br>Carlsbad, NM 88220-3260 |
| Layer One Networks, LLC<br>5705 Gollihar Rd., #1<br>Corpus Christi, TX 78412-3109 | Leaf Capital Funding, LLC<br>P.O. Box 742647<br>Cincinnati, OH 45274-2647 | Linebarger Goggan Blair & Sampson<br>David G. Aelvoet<br>711 Navarro, Suite 300<br>San Antonio, TX 78205-1749 |
| Magnum Oil Tools International, Ltd.<br>5655 Bear Lane, Suite 100<br>Corpus Christi, TX 78405-4407 | Midland Central Appraisal District<br>4631 Andrews Hwy.<br>P.O. Box 908002<br>Midland, TX 79708-0002 | Mike Valdez<br>P.O. Box 344<br>Loving, NM 88256-0344 |
| Mobile Safety and Consultation, LLC<br>P.O. Box 1813<br>Carlsbad, NM 88221-1813 | Munsch Hardt Kopf & Harr, PC<br>500 N. Akard St.<br>Dallas, TX 75201-3302 | National Truck Services Group<br>2300 N. Main Suite 7<br>Clovis, NM 88101-3575 |
| Nichols Printing, Inc.<br>P.O. Box 608<br>212 West Lea St.<br>Carlsbad, NM 88220-5669 | North Texas Tollway Authority<br>P.O. Box 660244<br>Dallas, TX 75266-0244 | Nueces County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 |
| Nueces County Tax Collector<br>Kevin Kieschink<br>P.O. Box 2810<br>Corpus Christi, Texas 78403-2810 | Otis Mutual Domestic Water<br>P.O. Box 5069<br>Carlsbad, NM 88221-5069 | Pactec, Inc.<br>P.O. Box 8069<br>Clinton, LA 70722-1069 |
| Prince Parker & Associates, Inc.<br>P.O. Box 474690<br>Charlotte, NC 28247-4690 | Professional Communications<br>P.O. Box 61830<br>Midland, TX 79711-1830 | RK Pump & Supply<br>11400 West County Rd. 30<br>Midland, TX 79707-7501 |
| Reliant<br>P.O. Box 650475<br>Dallas, TX 75265-0475 | SLS Litigation Services, LLC<br>4008 Louetta Rd., Suite 233<br>Spring, TX 77388-4405 | Sentrimax Centrifuges, Inc.<br>108 Sentry Drive<br>Mansfield, TX 76063-3608 |
| Stang Automation, Inc.<br>100 Pointe Marcelle Beaumont<br>Alberta T4X 0G2 Canada | Systemseven Services<br>8240 N. MoPac Expwy, #350<br>Austin, TX 78759-8894 | TKH Services<br>P.O. Box 3053<br>Carlsbad, NM 88221-3053 |

| | | |
|---|---|---|
| Teletrac Corporation<br>7391 Lincoln Way<br>Garden Grove, CA 92841-1428 | Texas Mutual Insurance Co.<br>P.O. Box 841843<br>Dallas, TX 75284-1834 | The Water Works<br>313 South Canal<br>Carlsbad, NM 88220-5656 |
| Tranbarger & Company, LLP<br>802 N. Carancahua, Suite 1660<br>Corpus Christi, TX 78401-0030 | Tucker, Albin & Associates, Inc.<br>1702 N. Collins Blvd., Suite 100<br>Richardson, TX 75080-3662 | United Fire Group<br>P.O. Box 3244<br>Cedar Rapids, IA 52406-3244 |
| United Healthcare<br>Dept. CH 1051<br>Palatine, IL 60055-0151 | United States Attorney<br>Taxpayer Division<br>601 N.W. Loop 410 Suite 600<br>San Antonio, TX 78216-5512 | United States Attorney General<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530-0001 |
| United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>PO Box 1539<br>San Antonio, TX 78295-1539 | UnitedHealthcare<br>Attn: CDM - Bankruptcy<br>185 Asylum Street - 03B<br>Hartford, CT 06103-3408 | Warren Lynn Frazier<br>713 Snug Harbor<br>Corpus Christi, TX 78402-1700 |
| Web Listings, Inc.<br>1623 Military Rd., #926<br>Niagara Falls, NY 14304-1745 | Williams Scotsman, Inc.<br>P.O. Box 91975<br>Chicago, IIL 60693-1975 | Windstream<br>P.O. Box 9001908<br>Louisville, KY 40290-1908 |
| Xcel Energy<br>P.O. Box 9477<br>Minneapolis, MN 55484-9477 | xxxx<br>111 E. 17th Street<br>Austin, TX 78774-0210 | xxxx<br>P.O. Box 25128<br>Santa Fe, NM 87504-5128 |
| William R. Davis Jr<br>Langley & Banack, Inc<br>745 E Mulberry Ave, Suite 900<br>San Antonio, TX 78212-3141 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)State of New Mexico

End of Label Matrix
Mailable recipients   78
Bypassed recipients    1
Total                 79