IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | | |
|---|---|---|---|
| IN RE: | X | | |
| | X | | |
| ADVANCED SOLIDS CONTROL, LLC | X | CASE NO. 16-52748-RBK | |
| | X | | |
| DEBTOR | X | CHAPTER 11 | |

**MOTION OF ADVANCED SOLIDS CONTROL, LLC FOR AUTHORIZATION TO SELL REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE RONALD B. KING, CHIEF JUDGE,
UNITED STATES BANKRUPTCY COURT:

NOW COMES, Advanced Solids Control, LLC, Debtor-in-Possession in the above styled and numbered Chapter 11 bankruptcy case, and files this its Motion For Authorization to Sell Real Property Free and Clear of All Liens, Claims and Encumbrances, and in support thereof would respectfully show the Court the following:

1. On December 2, 2016, Advanced Solids Control, LLC (hereinafter called "Debtor") filed its voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division.

2. The asset proposed to be sold is real property described as 4005 S. Pat Garrett Ct., Carlsbad, NM 88220.

3. The Debtor proposes to sell the real property for the cash sales price in the amount of $250,000.00 to Bobby R. Mallett (not related to the Debtor). The sale is scheduled to close on or before January 17, 2017.

4. The Debtor believes that the proposed sales price approximates the real property's market value in the context of such a sale, and is a reasonable value based upon the asset proposed to be sold and its marketability.

5. The real property is subject to a mortgage lien to First National Bank of Beeville in the amount of $891,701.42. There are several other real properties which secure the claim of First National Bank of Beeville. Any outstanding ad valorem taxes, including the 2016 ad valorem taxes, will be paid in full from the sale.

6. The Debtor is requesting permission to pay all reasonable closing costs, including real estate commissions (if any), directly at closing. The net proceeds from the sale will be paid to First National Bank of Beeville against the outstanding balance of its Note (partial payment).

7. The Debtor is requesting that the sale be free and clear of all liens, claims and encumbrances pursuant to §363 of the U.S. Bankruptcy Code. The lien of First National Bank of Beeville and the local ad valorem taxing authorities will automatically attach to the net sales proceeds based upon their pre-petition priority, and paid through closing.

8. Should the sale to Bobby R. Mallett fail to close, the Debtor is requesting permission to sell the real property to any other third party for the minimum cash sales price in the amount of $250,000.00.

9. A copy of the Contract is attached hereto as Exhibit "A".

10. A copy of the Order uploaded with this Motion is attached hereto.

WHEREFORE, PREMISES CONSIDERED, Debtor requests that the Court authorize it to sell free and clear of all liens, claims and encumbrances pursuant to §363 of the U.S. Bankruptcy Code the real property (4005 S. Pat Garrett Ct., Carlsbad, NM 88220) for the cash sales price in the amount of $250,000.00 to Bobby R. Mallett pursuant to the terms set forth above, and for such other and further relief to which the Debtor may show itself entitled.

Date: December 12, 2016.

                                        Respectfully submitted,

                                        /s/ William R. Davis, Jr.
                                        WILLIAM R. DAVIS, JR.
                                        State Bar No. 05565500
                                        LANGLEY & BANACK, INC.
                                        745 E. Mulberry, Suite 900
                                        San Antonio, TX 78212
                                        (210) 736-6600

                                        Attorneys for Debtor


## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2016, a true and correct copy of the above and foregoing instrument was mailed, first class, postage prepaid to the attached notice list.

                                        /s/ William R. Davis, Jr.
                                        WILLIAM R. DAVIS, JR.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 16-52748-rbk<br>Western District of Texas<br>San Antonio<br>Mon Dec 12 15:29:52 CST 2016 | Advanced Solids Control, LLC<br>5655 Bear Lane, Suite 100<br>Corpus Christi, TX 78405-4407 | U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 |
| A-Terry's Plumbing Heating & AC, Inc.<br>P.O. Box 9714<br>Midland, TX 79708-9714 | A. G. Adjustments, Ltd.<br>740 Walt Whitman Rd.<br>Melville, NY 11747-2212 | ASK Environmental Equipment<br>20504 Enfield Ave. N.<br>Forest Lake, MN 55025-8135 |
| AT&T Mobility<br>P.O. Box 6463<br>Carol Stream, IL 60197-6463 | American Ad Valorem Tax Consultants<br>P.O. Box 6330<br>Corpus Christi, TX 78466-6330 | American Medical Group Carlsbad<br>2410 N. Fowler<br>Hobbs, NM 88240-2312 |
| Atmos Energy<br>P.O. Box 790311<br>St. Louis, MO 63179-0311 | Ber Mar Rewind, Ltd.<br>9609 109 Street Grand Prairie<br>AB T8V 4E3 Canada | Big Dog - Rig Movers<br>7500 W. Hwy. 80<br>Midland, TX 79706-2856 |
| Cain Electrical Supply<br>P.O. Box 16489<br>Fort Worth, TX 76162-0489 | Carlsbad Irrigation District<br>5117 Grandi Road<br>Carlsbad, NM 88220-8931 | Chamberlain Enterprises, LLC<br>205 Raymond St.<br>Carlsbad, NM 88220-9696 |
| City of Carlsbad<br>P.O. Box 1569<br>Carlsbad, NM 88221-1569 | City of Midland<br>P.O. Box 1152<br>Midland, TX 79702-1152 | Crain, Caton & James<br>17th Fl., 1401 McKinney St.<br>Houston, TX 77010-4035 |
| DNOW, LP<br>P.O. Box 40985<br>Houston, TX 77240-0985 | Darin Merle Harding<br>5655 Bear Lane, #100<br>Corpus Christi, TX 78405-4407 | DirectV<br>P.O. Box 105249<br>Atlanta, GA 30348-5249 |
| Eddy County Treasurer<br>101 W. Greene, Suite 117<br>Carlsbad, NM 88220-6258 | First Insurance Funding Corp.<br>P.O. Box 66468<br>Chicago, IL 60666-0468 | First National Bank of Beeville<br>1400 E. Houston St.<br>Beeville, TX 78102-5380 |
| Fluid Audience, Inc.<br>102-10001-101 Avenue Grande Prairie<br>AB T8V 0X9 Canada | Forrest Tire, Inc.<br>P.O. Box 1778<br>Carlsbad, NM 88221-1778 | Frost Bank<br>c/o Robert L. Barrows<br>Warren, Drugan & Barrows, P.C.<br>800 Broadway<br>San Antonio, TX 78215-1517 |
| Frost National Bank<br>100 W. Houston Street<br>San Antonio, TX 78205-1400 | Gabriel Jaime<br>3509 Hickory Tree Rd.<br>Bach Springs, TX 75180-2205 | Gary Sweetman<br>226 Augusta Drive<br>Portland, TX 78374-4001 |

| | | |
|---|---|---|
| Harvey Fuels, Inc.<br>P.O. Box 8026<br>Ruidoso, NM 88355-8026 | Industrial Electric Motors, Inc.<br>P.O. Box 926<br>Carlsbad, NM 88221-0926 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Kirby-Smith Machinery, Inc.<br>P.O. Box 270360<br>Oklahoma City, OK 73137-0360 | Komatsu Southwest<br>P.O. Box 842326<br>Dallas, TX 75284-2326 | LG Pest Control, LLC<br>2612 Mountain View<br>Carlsbad, NM 88220-3260 |
| Layer One Networks, LLC<br>5705 Gollihar Rd., #1<br>Corpus Christi, TX 78412-3109 | Leaf Capital Funding, LLC<br>P.O. Box 742647<br>Cincinnati, OH 45274-2647 | Linebarger Goggan Blair & Sampson<br>David G. Aelvoet<br>711 Navarro, Suite 300<br>San Antonio, TX 78205-1749 |
| Magnum Oil Tools International, Ltd.<br>5655 Bear Lane, Suite 100<br>Corpus Christi, TX 78405-4407 | Midland Central Appraisal District<br>4631 Andrews Hwy.<br>P.O. Box 908002<br>Midland, TX 79708-0002 | Mike Valdez<br>P.O. Box 344<br>Loving, NM 88256-0344 |
| Mobile Safety and Consultation, LLC<br>P.O. Box 1813<br>Carlsbad, NM 88221-1813 | Munsch Hardt Kopf & Harr, PC<br>500 N. Akard St.<br>Dallas, TX 75201-3302 | National Truck Services Group<br>2300 N. Main Suite 7<br>Clovis, NM 88101-3575 |
| Nichols Printing, Inc.<br>P.O. Box 608<br>212 West Lea St.<br>Carlsbad, NM 88220-5669 | North Texas Tollway Authority<br>P.O. Box 660244<br>Dallas, TX 75266-0244 | Nueces County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 |
| Nueces County Tax Collector<br>Kevin Kieschink<br>P.O. Box 2810<br>Corpus Christi, Texas 78403-2810 | Otis Mutual Domestic Water<br>P.O. Box 5069<br>Carlsbad, NM 88221-5069 | Pactec, Inc.<br>P.O. Box 8069<br>Clinton, LA 70722-1069 |
| Prince Parker & Associates, Inc.<br>P.O. Box 474690<br>Charlotte, NC 28247-4690 | Professional Communications<br>P.O. Box 61830<br>Midland, TX 79711-1830 | RK Pump & Supply<br>11400 West County Rd. 30<br>Midland, TX 79707-7501 |
| Reliant<br>P.O. Box 650475<br>Dallas, TX 75265-0475 | SLS Litigation Services, LLC<br>4008 Louetta Rd., Suite 233<br>Spring, TX 77388-4405 | Sentrimax Centrifuges, Inc.<br>108 Sentry Drive<br>Mansfield, TX 76063-3608 |
| Stang Automation, Inc.<br>100 Pointe Marcelle Beaumont<br>Alberta T4X 0G2 Canada | Systemseven Services<br>8240 N. MoPac Expwy, #350<br>Austin, TX 78759-8894 | TKH Services<br>P.O. Box 3053<br>Carlsbad, NM 88221-3053 |

Teletrac Corporation
7391 Lincoln Way
Garden Grave, CA 92841-1428

Texas Mutual Insurance Co.
P.O. Box 841843
Dallas, TX 75284-1834

The Water Works
313 South Canal
Carlsbad, NM 88220-5656

Tranbarger & Company, LLP
802 N. Carancahua, Suite 1660
Corpus Christi, TX 78401-0030

Tucker, Albin & Associates, Inc.
1702 N. Collins Blvd., Suite 100
Richardson, TX 75080-3662

United Fire Group
P.O. Box 3244
Cedar Rapids, IA 52406-3244

United Healthcare
Dept. CH 1051
Palatine, IL 60055-0151

United States Attorney
Taxpayer Division
601 N.W. Loop 410 Suite 600
San Antonio, TX 78216-5512

United States Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
PO Box 1539
San Antonio, TX 78295-1539

UnitedHealthcare
Attn: CDM - Bankruptcy
185 Asylum Street - 03B
Hartford, CT 06103-3408

Warren Lynn Frazier
713 Snug Harbor
Corpus Christi, TX 78402-1700

Web Listings, Inc.
1623 Military Rd., #926
Niagara Falls, NY 14304-1745

Williams Scotsman, Inc.
P.O. Box 91975
Chicago, IIL 60693-1975

Windstream
P.O. Box 9001908
Louisville, KY 40290-1908

Xcel Energy
P.O. Box 9477
Minneapolis, MN 55484-9477

xxxx
111 E. 17th Street
Austin, TX 78774-0210

xxxx
P.O. Box 25128
Santa Fe, NM 87504-5128

William R. Davis Jr
Langley & Banack, Inc
745 E Mulberry Ave, Suite 900
San Antonio, TX 78212-3141

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)State of New Mexico

End of Label Matrix
Mailable recipients    78
Bypassed recipients     1
Total                  79