IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | | |
|---|---|---|---|
| IN RE: | X | | |
| | X | | |
| ADVANCED SOLIDS CONTROL, LLC | X | CASE NO. 16-52748-RBK | |
| | X | | |
| DEBTOR | X | CHAPTER 11 | |

### MOTION OF ADVANCED SOLIDS CONTROL, LLC FOR AUTHORIZATION TO SELL PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE RONALD B. KING, CHIEF JUDGE,
UNITED STATES BANKRUPTCY COURT:

NOW COMES, Advanced Solids Control, LLC, Debtor-in-Possession in the above styled and numbered Chapter 11 bankruptcy case, and files this its Motion For Authorization to Sell Personal Property Free and Clear of All Liens, Claims and Encumbrances, and in support thereof would respectfully show the Court the following:

1. On December 2, 2016, Advanced Solids Control, LLC (hereinafter called "Debtor") filed its voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division.

2. The asset proposed to be sold is personal property described as a 2010 Ford F-250 Truck, VIN ...4095. The Debtor believes that the 2010 Ford F-250 Truck is worth approximately $13,000.00; the vehicle is not subject to any liens to creditors.

3. The Debtor proposes to sell the personal property through Enterprise Fleet Management (whom is not related to the Debtor). Enterprise Fleet Management (hereinafter "Enterprise) charges fees in the estimated amount of $500.00 - $750.00 to sell the vehicle.

4. Enterprise has previously sold vehicles for the Debtor with success. By having Enterprise sell the vehicle, the Debtor avoids the expense of having to pay someone to drive the vehicle from New Mexico to Corpus Christi, along with the wear and tear on the vehicle.

5. The Debtor believes that the proposed sale of the vehicle will generate a reasonable value based upon the asset proposed to be sold and its marketability.

6. The proceeds from the sale will be used by the Debtor in its reorganization efforts.

7. The Debtor is requesting that the sale of the 2010 Ford F-250 Truck through Enterprise be free and clear of all liens, claims and encumbrances pursuant to §363 of the U.S. Bankruptcy Code.

8. A copy of the Order uploaded with this Motion is attached hereto.

WHEREFORE, PREMISES CONSIDERED, Debtor requests that the Court authorize it to sell free and clear of all liens, claims and encumbrances pursuant to §363 of the U.S. Bankruptcy Code the personal property (2010 Ford F-250 Truck, VIN ...4095) through Enterprise Fleet Management pursuant to the terms set forth above, and for such other and further relief to which the Debtor may show itself entitled.

Date: January 5, 2017.

Respectfully submitted,

/s/ William R. Davis, Jr.
WILLIAM R. DAVIS, JR.
State Bar No. 05565500
LANGLEY & BANACK, INC.
745 E. Mulberry, Suite 900
San Antonio, TX 78212
(210) 736-6600

Attorneys for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2017, a true and correct copy of the above and foregoing instrument was mailed, first class, postage prepaid to the attached notice list.

_____
WILLIAM R. DAVIS, JR.

```
Label Matrix for local noticing          Advanced Solids Control, LLC           U.S. BANKRUPTCY COURT
0542-5                                   5655 Bear Lane, Suite 100              615 E. HOUSTON STREET, ROOM 597
Case 16-52748-rbk                        Corpus Christi, TX 78405-4407          SAN ANTONIO, TX 78205-2055
Western District of Texas
San Antonio
Thu Jan  5 08:49:56 CST 2017

A-Terry's Plumbing Heating & AC, Inc.    A. G. Adjustments, Ltd.                ASK Environmental Equipment
P.O. Box 9714                            740 Walt Whitman Rd.                   20504 Enfield Ave. N.
Midland, TX 79708-9714                   Melville, NY 11747-2212                Forest Lake, MN 55025-8135


AT&T Mobility                            American Ad Valorem Tax Consultants    American Medical Group Carlsbad
P.O. Box 6463                            P.O. Box 6330                          2410 N. Fowler
Carol Stream, IL 60197-6463              Corpus Christi, TX  78466-6330         Hobbs, NM 88240-2312


Atmos Energy                             Ber Mar Rewind, Ltd.                   Big Dog - Rig Movers
P.O. Box 790311                          9609 109 Street Grand Prairie          7500 W. Hwy. 80
St. Louis, MO  63179-0311                AB T8V 4E3 Canada                      Midland, TX 79706-2856


Cain Electrical Supply                   Carlsbad Irrigation District           Chamberlain Enterprises, LLC
P.O. Box 16489                           5117 Grandi Road                       205 Raymond St.
Fort Worth, TX 76162-0489                Carlsbad, NM 88220-8931                Carlsbad, NM 88220-9696


City of Carlsbad                         City of Midland                        Crain, Caton & James
P.O. Box 1569                            P.O. Box 1152                          17th Fl., 1401 McKinney St.
Carlsbad, NM  88221-1569                 Midland, TX  79702-1152                Houston, TX  77010-4035


DNOW, LP                                 Darin Merle Harding                    DirectV
P.O. Box 40985                           5655 Bear Lane, #100                   P.O. Box 105249
Houston, TX  77240-0985                  Corpus Christi, TX 78405-4407          Atlanta, GA 30348-5249


Eddy County Treasurer                    First Insurance Funding Corp.          First National Bank of Beeville
101 W. Greene, Suite 117                 P.O. Box 66468                         1400 E. Houston St.
Carlsbad, NM 88220-6258                  Chicago, IL  60666-0468                Beeville, TX 78102-5380


Fluid Audience, Inc.                     Forrest Tire, Inc.                     Frost Bank
102-10001-101 Avenue Grande Prairie      P.O. Box 1778                          c/o Robert L. Barrows
AB T8V 0X9 Canada                        Carlsbad, NM  88221-1778               Warren, Drugan & Barrows, P.C.
                                                                                800 Broadway
                                                                                San Antonio, TX 78215-1517

Frost National Bank                      Gabriel Jaime                          Gary Sweetman
100 W. Houston Street                    3509 Hickory Tree Rd.                  226 Augusta Drive
San Antonio, TX 78205-1400               Bach Springs, TX 75180-2205            Portland, TX 78374-4001
```

| | | |
|---|---|---|
| Harvey Fuels, Inc.<br>P.O. Box 8026<br>Ruidoso, NM 88355-8026 | Industrial Electric Motors, Inc.<br>P.O. Box 926<br>Carlsbad, NM 88221-0926 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Kirby-Smith Machinery, Inc.<br>P.O. Box 270360<br>Oklahoma City, OK 73137-0360 | Komatsu Southwest<br>P.O. Box 842326<br>Dallas, TX 75284-2326 | LG Pest Control, LLC<br>2612 Mountain View<br>Carlsbad, NM 88220-3260 |
| Layer One Networks, LLC<br>5705 Gollihar Rd., #1<br>Corpus Christi, TX 78412-3109 | Leaf Capital Funding, LLC<br>2005 Market St., 14th Floor<br>Philadelphia, PA 19103-7009 | Leaf Capital Funding, LLC<br>P.O. Box 742647<br>Cincinnati, OH 45274-2647 |
| Linebarger Goggan Blair & Sampson<br>David G. Aelvoet<br>711 Navarro, Suite 300<br>San Antonio, TX 78205-1749 | Magnum Oil Tools International, Ltd.<br>5655 Bear Lane, Suite 100<br>Corpus Christi, TX 78405-4407 | Midland Central Appraisal District<br>4631 Andrews Hwy.<br>P.O. Box 908002<br>Midland, TX 79708-0002 |
| Mike Valdez<br>P.O. Box 344<br>Loving, NM 88256-0344 | Mobile Safety and Consultation, LLC<br>P.O. Box 1813<br>Carlsbad, NM 88221-1813 | Munsch Hardt Kopf & Harr, PC<br>500 N. Akard St.<br>Dallas, TX 75201-3302 |
| National Truck Services Group<br>2300 N. Main Suite 7<br>Clovis, NM 88101-3575 | Nichols Printing, Inc.<br>P.O. Box 608<br>212 West Lea St.<br>Carlsbad, NM 88220-5669 | North Texas Tollway Authority<br>P.O. Box 660244<br>Dallas, TX 75266-0244 |
| Nueces County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | Nueces County Tax Collector<br>Kevin Kieschink<br>P.O. Box 2810<br>Corpus Christi, Texas 78403-2810 | Otis Mutual Domestic Water<br>P.O. Box 5069<br>Carlsbad, NM 88221-5069 |
| Pactec, Inc.<br>P.O. Box 8069<br>Clinton, LA 70722-1069 | Prince Parker & Associates, Inc.<br>P.O. Box 474690<br>Charlotte, NC 28247-4690 | Professional Communications<br>P.O. Box 61830<br>Midland, TX 79711-1830 |
| RK Pump & Supply<br>11400 West County Rd. 30<br>Midland, TX 79707-7501 | Reliant<br>P.O. Box 650475<br>Dallas, TX 75265-0475 | SLS Litigation Services, LLC<br>4008 Louetta Rd., Suite 233<br>Spring, TX 77388-4405 |
| Sentrimax Centrifuges, Inc.<br>108 Sentry Drive<br>Mansfield, TX 76063-3608 | Southwestern Public Service<br>dba Xcel Energy<br>Kimbra Seawright<br>PO Box 9477<br>Minneapolis, MN 55484-9477 | Stang Automation, Inc.<br>100 Pointe Marcelle Beaumont<br>Alberta T4X 0G2 Canada |

Systemseven Services
8240 N. MoPac Expwy, #350
Austin, TX 78759-8894

TKH Services
P.O. Box 3053
Carlsbad, NM 88221-3053

Teletrac Corporation
7391 Lincoln Way
Garden Grave, CA 92841-1428

Texas Mutual Insurance Co.
P.O. Box 841843
Dallas, TX 75284-1834

The First National Bank of Beeville
c/o Ronald A. Simank
Schauer & Simank, P.C.
615 N. Upper Broadway, Suite 700
Corpus Christi, TX 78401-0857

The Water Works
313 South Canal
Carlsbad, NM 88220-5656

Tranbarger & Company, LLP
802 N. Carancahua, Suite 1660
Corpus Christi, TX 78401-0030

Tucker, Albin & Associates, Inc.
1702 N. Collins Blvd., Suite 100
Richardson, TX 75080-3662

United Fire Group
P.O. Box 3244
Cedar Rapids, IA 52406-3244

United Healthcare
Dept. CH 1051
Palatine, IL 60055-0151

United States Attorney
Taxpayer Division
601 N.W. Loop 410 Suite 600
San Antonio, TX 78216-5512

United States Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
PO Box 1539
San Antonio, TX 78295-1539

UnitedHealthcare
Attn: CDM - Bankruptcy
185 Asylum Street - 03B
Hartford, CT 06103-3408

Warren Lynn Frazier
713 Snug Harbor
Corpus Christi, TX 78402-1700

Web Listings, Inc.
1623 Military Rd., #926
Niagara Falls, NY 14304-1745

Williams Scotsman, Inc.
P.O. Box 91975
Chicago, IIL 60693-1975

Windstream
P.O. Box 9001908
Louisville, KY 40290-1908

xxxx
111 E. 17th Street
Austin, TX 78774-0210

xxxx
P.O. Box 25128
Santa Fe, NM 87504-5128

William R. Davis Jr
Langley & Banack, Inc
745 E Mulberry Ave, Suite 900
San Antonio, TX 78212-3141

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)State of New Mexico

End of Label Matrix
Mailable recipients    80
Bypassed recipients     1
Total                  81