

**The relief described hereinbelow is SO ORDERED.**

**Signed January 13, 2017.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | X | |
| | X | |
| ADVANCED SOLIDS CONTROL, LLC | X | CASE NO. 16-52748-RBK |
| | X | |
| DEBTOR | X | CHAPTER 11 |

### ORDER GRANTING ADVANCED SOLIDS CONTROL, LLC AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES

On this day, came on to be considered the Motion of Advanced Solids Control, LLC for Authorization to Sell Real Property Free and Clear of All Liens, Claims and Encumbrances, and it appearing to the Court that proper notice has been given to all parties and that no objections to the proposed sale have been filed, and further that such sale is in the best interest of the Debtor and its creditors, and accordingly, the Motion should be granted; it is therefore

ORDERED, ADJUDGED and DECREED that the Debtor is hereby granted authority to sell the real property described as 3906 N. Pat Garrett Ct., Carlsbad, NM 88220 for the cash sales price in the amount of $250,000.00 to James A. and Lilia Pletenik; it is further

ORDERED, ADJUDGED and DECREED that the sale of the real property to James A. and Lilia Pletenik for the cash sales price in the amount of $250,000.00 is free and clear of all liens, claims and encumbrances pursuant to §363 of the U.S. Bankruptcy Code; it is further

ORDERED, ADJUDGED and DECREED that should the sale to James A. and Lilia Pletenik not close, the Debtor may sell the real property described as 3906 N. Pat Garrett Ct., Carlsbad, NM 88220 to any third party for the minimum cash sales price in the amount of $250,000.00; it is further

ORDERED, ADJUDGED and DECREED that ordinary closing costs, including real estate commissions (if any) and the local ad valorem taxing authorities (pro-rated through closing), are to be paid in full at closing; and it is further

ORDERED, ADJUDGED and DECREED that the liens of First National Bank of Beeville will automatically attach to the net sales proceeds based upon their pre-petition priority, and the claim of First National Bank of Beeville paid directly from the closing in partial satisfaction of First National Bank of Beeville's outstanding balance.

### #

Submitted by:

William R. Davis, Jr.
Langley & Banack, Inc.
745 E. Mulberry, Suite 900
San Antonio, TX 78212
(210) 736-6600