IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | X | |
| | X | |
| ADVANCED SOLIDS CONTROL, LLC | X | CASE NO. 16-52748-RBK |
| | X | |
| DEBTOR | X | CHAPTER 11 |

### APPLICATION FOR APPROVAL OF TRANBARGER & COMPANY, LLP AS CERTIFIED PUBLIC ACCOUNTANTS FOR THE ESTATE OF ADVANCED SOLIDS CONTROL, LLC

TO THE HONORABLE RONALD B. KING, CHIEF JUDGE,
UNITED STATES BANKRUPTCY COURT:

NOW COMES, Advanced Solids Control, LLC, Debtor in Possession in the above styled and numbered case, and files this its Application for Approval of Tranbarger & Company, LLP as Certified Public Accountants for the Estate of Advanced Solids Control, LLC, and in support thereof, would respectfully show the Court the following:

1. On December 2, 2016, Advanced Solids Control, LLC (hereinafter called "Debtor") filed its voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division.

2. The services of accountants to represent the Debtor and its estate are necessary and in the best interest of the estate and all parties in interest. Debtor desires to engage Tranbarger & Company, LLP, 802 N. Carancahua, Suite 1660, Corpus Christi, TX 78401.

3. The professional services to be rendered by the accounting firm include preparing Income Tax Returns and assisting the Debtor with tax reporting and compliance, including assisting the Debtor with accounting requirements in this bankruptcy case. No other person in the accounting profession is employed or proposed to be employed by the Debtor to perform these services.

4. Debtor has determined that the professional standing, competency and reputation of such accounting firm are high and that its accountants are duly licensed and qualified to practice before this Court and to provide the services requested by the Debtor.

5. The accounting firm has advised the Debtor that it is willing to accept such representation and that it neither holds nor represents an interest adverse to the estate and is a disinterested person within the meaning of 11 U.S.C. Section 327(a).

6. The accounting firm was owed the amount of $4,385.00 for pre-petition accounting services as evidenced in the Schedules to be filed in this case. The accounting firm has agreed to waive the pre-petition amounts owed to it totaling $4,385.00.

7. The accounting firm has further advised the Debtor that it maintains regular records of time expended and expenses incurred. The Debtor and the accounting firm have agreed that the accounting firm will be compensated by the estate according to its customary hourly rates, upon approval of this Court after application, notice and hearing. Current customary hourly rates are set forth on Exhibit "A" attached hereto. A retainer in the amount of $-0- has been given to the accounting firm by the Debtor. The Debtor has agreed to make post-petition deposits to accountants to cover accounting services and expenses as they are incurred during this bankruptcy case. Such amounts are to be held by Applicant in its trust account subject to the approval by the Court herein. A true and correct copy of the Disclosure of Compensation is attached hereto as Exhibit "B".

8. The accounting firm ought to be allowed to make interim application for compensation because Debtor believes that substantial time and expense will be incurred by it in its representation, and unless it is allowed to make interim application for compensation its representation will be burdensome.

9. A copy of the Order uploaded with this Application is attached hereto.

WHEREFORE, PREMISES CONSIDERED, Advanced Solids Control, LLC requests that this Court approve the employment of Tranbarger & Company, LLP as accountants for the estate according to the terms and conditions set forth above, and for such other and further relief to which it may show itself entitled.

Dated: January 24, 2017

                                      ADVANCED SOLIDS CONTROL, LLC

                                      BY: _____
                                           W. Lynn Frazier, Managing Member

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2017, a true and correct copy of the above and foregoing instrument was mailed to the parties in the attached Notice List including the U.S. Trustee, P.O. Box 1539, San Antonio, TX 78295-1539.

                                        _____
                                        WILLIAM R. DAVIS, JR.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | X | |
| | X | |
| ADVANCED SOLIDS CONTROL, LLC | X | CASE NO. 16-52748-RBK |
| | X | |
| DEBTOR | X | CHAPTER 11 |

### AFFIDAVIT OF PROPOSED ACCOUNTANTS

| | |
|---|---|
| STATE OF TEXAS | X |
| | X |
| COUNTY OF NUECES | X |

I, Russell Tranbarger, hereby make solemn oath for and on behalf of Tranbarger & Company, LLP.:

1. I am a Partner of Tranbarger & Company, LLP and am duly authorized to make this Affidavit for and on its behalf.

2. Tranbarger & Company, LLP maintains an office for the practice of accounting at 802 N. Carancahua, Suite 1660, Corpus Christi, TX 78401.

3. Accountants employed by Tranbarger & Company, LLP are certified public accountants.

L & B 19973/0002/L1221250.WPD/     1

4. Tranbarger & Company, LLP has no connection with the Debtor, Advanced Solids Control, LLC, its creditors or any other party in interest, its respective attorneys and accountants, the United States Trustee, or any person employed in the Offices of the United States Trustee or its Estate and is a disinterested person within the meaning of 11 U.S.C. Section 327(a).

5. Tranbarger & Company, LLP neither holds nor represents an interest adverse to the Debtor, Advanced Solids Control, LLC, or its estate, and is a disinterested person within the meaning of 11 U.S.C. Section 327(a).

TRANBARGER & COMPANY, LLP
802 N. Carancahua, Suite 1660
Corpus Christi, TX 78401
(361) 884-2821

BY: _____
RUSSELL TRANBARGER, CPA

SUBSCRIBED TO AND SWORN before me by the said _Russell Tranbarger CPA_ on _1-23-2017_, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

SHIRLEY G LAURENCE
MY COMMISSION EXPIRES
August 28, 2019

L & B 19973/0002/L1221250.WPD/          2

```
Label Matrix for local noticing          Advanced Solids Control, LLC           U.S. BANKRUPTCY COURT
0542-5                                   5655 Bear Lane, Suite 100              615 E. HOUSTON STREET, ROOM 597
Case 16-52748-rbk                        Corpus Christi, TX 78405-4407          SAN ANTONIO, TX 78205-2055
Western District of Texas
San Antonio
Tue Jan 24 13:14:00 CST 2017

A-Terry's Plumbing Heating & AC, Inc.    A. G. Adjustments, Ltd.                ASK Environmental Equipment
P.O. Box 9714                            740 Walt Whitman Rd.                   20504 Enfield Ave. N.
Midland, TX 79708-9714                   Melville, NY 11747-2212                Forest Lake, MN 55025-8135


AT&T Mobility                            American Ad Valorem Tax Consultants    American Medical Group Carlsbad
P.O. Box 6463                            P.O. Box 6330                          2410 N. Fowler
Carol Stream, IL 60197-6463              Corpus Christi, TX 78466-6330          Hobbs, NM 88240-2312


Atmos Energy                             Atmos Energy Corporation               Ber Mar Rewind, Ltd.
P.O. Box 790311                          Attn: Bankruptcy Group                 9609 109 Street Grand Prairie
St. Louis, MO 63179-0311                 PO Box 650205                          AB T8V 4E3 Canada
                                         Dallas TX 75265-0205


Big Dog - Rig Movers                     Cain Electrical Supply                 Carlsbad Irrigation District
7500 W. Hwy. 80                          P.O. Box 16489                         5117 Grandi Road
Midland, TX 79706-2856                   Fort Worth, TX 76162-0489              Carlsbad, NM 88220-8931


Chamberlain Enterprises, LLC             City of Carlsbad                       City of Midland
205 Raymond St.                          P.O. Box 1569                          P.O. Box 1152
Carlsbad, NM 88220-9696                  Carlsbad, NM 88221-1569                Midland, TX 79702-1152


Crain, Caton & James                     DNOW LP                                DNOW, LP
17th Fl., 1401 McKinney St.              7402 N. Eldridge PKWY                  P.O. Box 40985
Houston, TX 77010-4035                   Houston, TX 77041-1902                 Houston, TX 77240-0985


Darin Merle Harding                      DirectV                                Eddy County Treasurer
5655 Bear Lane, #100                     P.O. Box 105249                        101 W. Greene, Suite 117
Corpus Christi, TX 78405-4407            Atlanta, GA 30348-5249                 Carlsbad, NM 88220-6258


First Insurance Funding Corp.            First National Bank of Beeville        Fluid Audience, Inc.
P.O. Box 66468                           1400 E. Houston St.                    102-10001-101 Avenue Grande Prairie
Chicago, IL 60666-0468                   Beeville, TX 78102-5380                AB T8V 0X9 Canada


Forrest Tire, Inc.                       Frost Bank                             Frost National Bank
P.O. Box 1778                            c/o Robert L. Barrows                  100 W. Houston Street
Carlsbad, NM 88221-1778                  Warren, Drugan & Barrows, P.C.         San Antonio, TX 78205-1400
                                         800 Broadway
                                         San Antonio, TX 78215-1517
```

| | | |
|---|---|---|
| Gabriel Jaime<br>3509 Hickory Tree Rd.<br>Bach Springs, TX 75180-2205 | Gary Sweetman<br>226 Augusta Drive<br>Portland, TX 78374-4001 | Harvey Fuels, Inc.<br>P.O. Box 8026<br>Ruidoso, NM 88355-8026 |
| Industrial Electric Motors, Inc.<br>P.O. Box 926<br>Carlsbad, NM 88221-0926 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kirby-Smith Machinery, Inc.<br>P.O. Box 270360<br>Oklahoma City, OK 73137-0360 |
| Komatsu Southwest<br>P.O. Box 842326<br>Dallas, TX 75284-2326 | LG Pest Control, LLC<br>2612 Mountain View<br>Carlsbad, NM 88220-3260 | Layer One Networks, LLC<br>5705 Gollihar Rd., #1<br>Corpus Christi, TX 78412-3109 |
| Leaf Capital Funding, LLC<br>2005 Market St., 14th Floor<br>Philadelphia, PA 19103-7009 | Leaf Capital Funding, LLC<br>P.O. Box 742647<br>Cincinnati, OH 45274-2647 | Linebarger Goggan Blair & Sampson<br>David G. Aelvoet<br>711 Navarro, Suite 300<br>San Antonio, TX 78205-1749 |
| Magnum Oil Tools International, Ltd.<br>5655 Bear Lane, Suite 100<br>Corpus Christi, TX 78405-4407 | Midland CAD<br>c/o Lee Gordon<br>P.O. Box 1269<br>Round Rock, Texas 78680-1269 | Midland Central Appraisal District<br>4631 Andrews Hwy.<br>P.O. Box 908002<br>Midland, TX 79708-0002 |
| Mike Valdez<br>P.O. Box 344<br>Loving, NM 88256-0344 | Mobile Safety and Consultation, LLC<br>P.O. Box 1813<br>Carlsbad, NM 88221-1813 | Munsch Hardt Kopf & Harr, PC<br>500 N. Akard St.<br>Dallas, TX 75201-3302 |
| National Truck Services Group<br>2300 N. Main Suite 7<br>Clovis, NM 88101-3575 | Nichols Printing, Inc.<br>P.O. Box 608<br>212 West Lea St.<br>Carlsbad, NM 88220-5669 | North Texas Tollway Authority<br>P.O. Box 660244<br>Dallas, TX 75266-0244 |
| Nueces County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | Nueces County Tax Collector<br>Kevin Kieschink<br>P.O. Box 2810<br>Corpus Christi, Texas 78403-2810 | Otis Mutual Domestic Water<br>P.O. Box 5069<br>Carlsbad, NM 88221-5069 |
| PacTec, Inc.<br>McKenzie, Becker & Stevens, Inc.<br>PO Box 1967<br>Lakeville, CT 06039-1967 | Pactec, Inc.<br>P.O. Box 8069<br>Clinton, LA 70722-1069 | Prince Parker & Associates, Inc.<br>P.O. Box 474690<br>Charlotte, NC 28247-4690 |
| Professional Communications<br>P.O. Box 61830<br>Midland, TX 79711-1830 | RK Pump & Supply<br>11400 West County Rd. 30<br>Midland, TX 79707-7501 | Reliant<br>P.O. Box 650475<br>Dallas, TX 75265-0475 |

| | | |
|---|---|---|
| Rig Movers - Acme<br>110 North Marienfeld, Ste 200<br>Midland, TX 79701-4412 | SLS Litigation Services, LLC<br>4008 Louetta Rd., Suite 233<br>Spring, TX 77388-4405 | Sentrimax Centrifuges, Inc.<br>108 Sentry Drive<br>Mansfield, TX 76063-3608 |
| Southwestern Public Service<br>dba Xcel Energy<br>Kimbra Seawright<br>PO Box 9477<br>Minneapolis, MN 55484-9477 | Stang Automation, Inc.<br>100 Pointe Marcelle Beaumont<br>Alberta T4X 0G2 Canada | Systemseven Services<br>8240 N. MoPac Expwy, #350<br>Austin, TX 78759-8894 |
| TKH Services<br>P.O. Box 3053<br>Carlsbad, NM 88221-3053 | Teletrac Corporation<br>7391 Lincoln Way<br>Garden Grave, CA 92841-1428 | Texas Mutual Insurance Co.<br>P.O. Box 841843<br>Dallas, TX 75284-1834 |
| The First National Bank of Beeville<br>c/o Ronald A. Simank<br>Schauer & Simank, P.C.<br>615 N. Upper Broadway, Suite 700<br>Corpus Christi, TX 78401-0857 | The Water Works<br>313 South Canal<br>Carlsbad, NM 88220-5656 | Tranbarger & Company, LLP<br>802 N. Carancahua, Suite 1660<br>Corpus Christi, TX 78401-0030 |
| Tucker, Albin & Associates, Inc.<br>1702 N. Collins Blvd., Suite 100<br>Richardson, TX 75080-3662 | United Fire Group<br>P.O. Box 3244<br>Cedar Rapids, IA 52406-3244 | United Healthcare<br>Dept. CH 1051<br>Palatine, IL 60055-0151 |
| United States Attorney<br>Taxpayer Division<br>601 N.W. Loop 410 Suite 600<br>San Antonio, TX 78216-5512 | United States Attorney General<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530-0001 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>PO Box 1539<br>San Antonio, TX 78295-1539 |
| UnitedHealthcare<br>Attn: CDM - Bankruptcy<br>185 Asylum Street - 03B<br>Hartford, CT 06103-3408 | Warren Lynn Frazier<br>713 Snug Harbor<br>Corpus Christi, TX 78402-1700 | Web Listings, Inc.<br>1623 Military Rd., #926<br>Niagara Falls, NY 14304-1745 |
| Williams Scotsman, Inc.<br>P.O. Box 91975<br>Chicago, IlL 60693-1975 | Windstream<br>P.O. Box 9001908<br>Louisville, KY 40290-1908 | xxxx<br>111 E. 17th Street<br>Austin, TX 78774-0210 |
| xxxx<br>P.O. Box 25128<br>Santa Fe, NM 87504-5128 | William R. Davis Jr<br>Langley & Banack, Inc<br>745 E Mulberry Ave, Suite 900<br>San Antonio, TX 78212-3141 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.