The relief described hereinbelow is SO ORDERED.

Signed April 21, 2017.



_____
Ronald B. King
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| IN RE: | X | |
|---|---|---|
| | X | |
| ADVANCED SOLIDS CONTROL, LLC | X | CASE NO. 16-52748-RBK |
| | X | |
| DEBTOR | X | CHAPTER 11 |

## ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO FILE CHAPTER 11 PLAN OF REORGANIZATION

This matter having come on before the Court pursuant to the filing of the Motion to Extend Time to File Chapter 11 Plan of Reorganization of Advanced Solids Control, LLC (hereinafter "Motion") and it appearing to the Court, based on the pleadings on file, the evidence presented and/or the argument of counsel, that the relief sought pursuant to the Motion should be granted; it is therefore

ORDERED, ADJUDGED and DECREED that the Motion be and the same is hereby granted

and the time within which the Debtor has the exclusive right to file its Chapter 11 Plan of Reorganization and Disclosure Statement be extended until May 31, 2017, and the deadline for the confirmation of the Plan of Reorganization is extended until July 31, 2017.

###

Submitted by:

William R. Davis, Jr.
Langley & Banack, Inc.
745 E. Mulberry, Suite 900
San Antonio, TX 78212
(210) 736-6600