IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | X | |
| | X | |
| ADVANCED SOLIDS CONTROL, LLC | X | CASE NO. 16-52748-RBK |
| | X | |
| DEBTOR | X | CHAPTER 11 |

## MOTION OF ADVANCED SOLIDS CONTROL, LLC FOR AUTHORIZATION TO SELL PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES TO PORTABLE MUD SYSTEMS, INC.

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE RONALD B. KING, CHIEF JUDGE,
UNITED STATES BANKRUPTCY COURT:

NOW COMES, Advanced Solids Control, LLC, Debtor-in-Possession in the above styled and numbered Chapter 11 bankruptcy case, and files this its Motion For Authorization to Sell Personal Property Free and Clear of All Liens, Claims and Encumbrances to Portable Mud Systems, Inc., and in support thereof would respectfully show the Court the following:

1. On December 2, 2016, Advanced Solids Control, LLC (hereinafter called "Debtor") filed its voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division.

2. The assets proposed to be sold are described and scheduled on Exhibit "A" attached hereto. The Debtor believes the sales price set forth on Exhibit "A" attached hereto approximates the market value of the items proposed to be sold herein. The sale shall be made pursuant to the terms of the Equipment Sale, Settlement and Release Agreement (the "Sale Agreement") attached hereto as Exhibit "B". To the extent the terms of this Motion differ from those of the Sale Agreement the terms of the Asset Purchase Agreement shall control.

3. The Debtor proposes to sell the personal property to Portable Mud Systems, Inc. (who is not related to the Debtor) for a lump sum cash payment in the amount of $570,676.00. The Debtor has sold/leased personal property (equipment) to Portable Mud Systems, Inc. during the course of this bankruptcy case.

4. The sale is as is, where is.

5. All items proposed to be sold herein are pledged as collateral to WTF Rentals, LLC. WTF Rentals, LLC filed its secured Proof of Claim No. 26 in the amount of $3,263,549.10 on April 10, 2017, with the appropriate security documents supporting its secured claim attached to the Proof of Claim.

6. The Debtor believes that the proposed sale of the equipment set forth on Exhibit "A" attached hereto generates a reasonable value based upon the assets proposed to be sold and their marketability. The Debtor has been marketing the equipment to a number of parties, several of

whom toured the equipment at the Debtor's yard in New Mexico. The Debtor received several low ball offers which it declined. An appraisal of the equipment has been performed for WTF Rentals, LLC which supports the proposed sales price set forth herein. Much of the equipment needs repairs/refurbishment to bring it into working condition.

7. The proceeds from the sale are to be paid to WTF Rentals, LLC as a partial payment on WTF Rentals, LLC's secured claim.

8. The Debtor is requesting that the sale of the equipment as described in Exhibit "A" attached hereto to Portable Mud Systems, Inc. be free and clear of all liens, claims and encumbrances pursuant to §363 of the U.S. Bankruptcy Code.

9. A copy of the Order uploaded with this Motion is attached hereto.

WHEREFORE, PREMISES CONSIDERED, Debtor requests that the Court authorize it to sell free and clear of all liens, claims and encumbrances pursuant to §363 of the U.S. Bankruptcy Code, the personal property set forth on Exhibit "A" attached hereto to Portable Mud Systems, Inc. in exchange for a lump sum cash payment in the amount of $570,676.00, pursuant to the terms set forth above, and for such other and further relief to which the Debtor may show itself entitled.

Date: October 19, 2017.

RESPECTFULLY SUBMITTED,

_____
WILLIAM R. DAVIS, JR.
State Bar No. 05565500
LANGLEY & BANACK, INC.
745 E. Mulberry, Suite 900
San Antonio, TX 78212
(210) 736-6600
Email: wrdavis@langleybanack.com

ATTORNEYS FOR DEBTOR

CERTIFICATE OF SERVICE

I hereby certify that on October __, 2017, a true and correct copy of the above and foregoing instrument was mailed, first class, postage prepaid to the attached notice list.

_____
WILLIAM R. DAVIS, JR.

Advanced Solids Control, LLC
c/o Mr. Lynn Frazier
5655 Bear Lane, Suite 100
Corpus Christi, TX 78405

U.S. Trustee
P.O. Box 1539
San Antonio, TX 78295-1539

Eddy County Treasurer
101 W. Greene, Suite 117
Carlsbad, NM 88220

First National Bank of Beeville
1400 E. Houston St.
Beeville, TX 78102

Midland Central Appraisal District
P.O. Box 908002
Midland, TX 79708

Midland County
c/o Laura J. Monroe
P.O. Box 817
Lubbock, TX 79408

Nueces County
P.O. Box 2810
Corpus Christi, TX 78403

Darin Merle Harding
P.O. Box 743
Grande Prairie Alberta T8V3R5

Sentrimax Centrifuges, Inc.
108 Sentry Drive
Mansfield, TX 76063

Gary Sweetman
226 Augusta Drive
Portland, TX 78374

Magnum Oil Tools Int'l, Ltd.
5655 Bear Lane, Suite 100
Corpus Christi, TX 78405

Crain, Caton & James
17th Fl., 1401 McKinney St.
Houston, TX 77010-4035

Stang Automation, Inc.
100 Pointe Marcelle Beaumont
Alberta T4X 0G2 Canada

Ber Mar Rewind, Ltd.
9609 109 Street
Grand Prairie AB T8V 4E3 Canada

Kirby-Smith Machinery, Inc.
P.O. Box 270360
Oklahoma City, OK 73137

Williams Scotsman, Inc.
P.O. Box 91975
Chicago, IL 60693-1975

Tucker Albin & Assoc., Inc.
1702 N. Collins Blvd., Suite 100
Richardson, TX 75080

Harvey Fuels, Inc.
P.O. Box 8026
Ruidoso, NM 88355

Forrest Tire, Inc.
P.O. Box 1778
Carlsbad, NM 88221-1778

A.G. Investments, Ltd.
740 Walt Whitman Rd.
Melville, NY 11747-9090

Pactec, Inc.
P.O. Box 8069
Clinton, LA 70722

ASK Environmental Equipment
20504 Enfield Ave. N
Forest Lake, MN 55025

Harvey Rodriguez
215 E. Elm St.
Loving, NM 88256

United Healthcare
Dept. CH 1051
Palatine, IL 60055-0151

DNOW, LP
P.O. Box 40985
Houston, TX 77240-0985

JB Electric, LLC
P.O. Box 171
Carlsbad, NM 88221

Big Dog - Rig Movers
7500 W. Hwy. 80
Midland, TX 79706

Robert L. Barrows
Warren, Drugan & Barrows, PC
800 Broadway
San Antonio, TX 78215

Diane W. Sanders
Linebarger Goggan Blair & Sampson
PO Box 17428
Austin, TX 78760

Ronald A. Simank
Schauer & Simank, PC
615 N. Upper Broadway, Suite 700
Corpus Christi, TX 78401

Lee Gordon  
McCreary, Veselka, Bragg & Allen  
P.O. Box 1269  
Round Rock, TX 78680

Scott Duncan  
Magnum Oil Tools International  
5655 Bear Lane, Suite 100  
Corpus Christi, TX 78405

David L. Campbell  
Underwood Perkins, PC  
5420 LBJ Frwy., Suite 1900  
Dallas, TX 75240

David I. Moulton  
Bruckner Burch PLLC  
8 Greenway Plaza, Suite 1500  
Houston, TX 77046-0804

Michael G. Kelly  
Attorney at Law  
P.O. Box 1311  
Odessa, TX 79760-1311

Nathaniel Peter Holzer  
Jordan Hyden Womble Culbreth et al  
500 N. Shoreline Blvd., Suite 900  
Corpus Christi, TX 78401-0341