IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| IN RE: | X | |
|---|---|---|
| | X | |
| ADVANCED SOLIDS CONTROL, LLC | X | CASE NO. 16-52748-RBK |
| | X | |
| DEBTOR | X | CHAPTER 11 |

**MOTION OF ADVANCED SOLIDS CONTROL, LLC FOR AUTHORIZATION TO SELL PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES**

TO THE HONORABLE RONALD B. KING, CHIEF JUDGE,
UNITED STATES BANKRUPTCY COURT:

NOW COMES, Advanced Solids Control, LLC, Debtor-in-Possession in the above styled and numbered Chapter 11 bankruptcy case, and files this its Motion For Authorization to Sell Personal Property Free and Clear of All Liens, Claims and Encumbrances, and in support thereof would respectfully show the Court the following:

1. On December 2, 2016, Advanced Solids Control, LLC (hereinafter called "Debtor") filed its voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division.

2. The assets proposed to be sold are personal property described as thirteen (13) Shale Bins. The Debtor believes that the Shale Bins are worth approximately $3,000.00 each. Attached hereto as Exhibit "A" is a list of the Shale Bins which are proposed to be sold herein.

3. The Debtor has negotiated the sale of two (2) Shale Bins set forth on Exhibit "A" to International Sales, Inc. (whom is not related to the Debtor) for a lump sum cash payment in the amount of $6,000.00 ($3,000.00 each). The Debtor is continuing to negotiate with International Sales, Inc. for the sale of the additional eleven (11) Shale Bins, along with other parties. If this is unsuccessful, the Debtor believes it can sell the additional eleven (11) Shale Bins to unrelated third parties for the minimum sales price in the amount of $3,000 each.

4. The Debtor believes that the proposed sale of the Shale Bins generates a reasonable value based upon the asset proposed to be sold and its marketability. However, the Debtor believes that some of the Shale Bins condition may require expensive repairs which will limit the value of the bins. The Debtor is requesting the ability to sale the additional eleven (11) Shale Bins for less than the minimum $3,000.00 price if necessary to consummate a sale.

5. The proceeds from the sale will be paid to WTF Rentals, LLC, which holds claims secured by the thirteen (13) Shale Bins.

6. The Debtor is requesting that the sale of the thirteen (13) Shale Bins set forth on Exhibit "A" attached hereto to International Sales, Inc. and/or any other unrelated third party be free and clear of all liens, claims and encumbrances pursuant to §363 of the U.S. Bankruptcy Code.

7. A copy of the Order uploaded with this Motion is attached hereto.

WHEREFORE, PREMISES CONSIDERED, Debtor requests that the Court authorize it to sell free and clear of all liens, claims and encumbrances pursuant to §363 of the U.S. Bankruptcy Code the personal property set forth on Exhibit "A" attached hereto to International Sales, Inc. and/or any other unrelated third party pursuant to the terms set forth above, and for such other and further relief to which the Debtor may show itself entitled.

Date: January 19, 2018.

Respectfully submitted,

_____
WILLIAM R. DAVIS, JR.
State Bar No. 05565500
LANGLEY & BANACK, INC.
745 E. Mulberry, Suite 900
San Antonio, TX 78212
(210) 736-6600

Attorneys for Debtor

CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2018, a true and correct copy of the above and foregoing instrument was mailed, first class, postage prepaid to the attached notice list.

_____
WILLIAM R. DAVIS, JR.

| | | |
|---|---|---|
| Advanced Solids Control, LLC<br>c/o Mr. Lynn Frazier<br>5655 Bear Lane, Suite 100<br>Corpus Christi, TX 78405 | U.S. Trustee<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | Eddy County Treasurer<br>101 W. Greene, Suite 117<br>Carlsbad, NM 88220 |
| First National Bank of Beeville<br>1400 E. Houston St.<br>Beeville, TX 78102 | Midland Central Appraisal District<br>P.O. Box 908002<br>Midland, TX 79708 | Midland County<br>c/o Laura J. Monroe<br>P.O. Box 817<br>Lubbock, TX 79408 |
| Nueces County<br>P.O. Box 2810<br>Corpus Christi, TX 78403 | Darin Merle Harding<br>P.O. Box 743<br>Grande Prairie Alberta T8V3R5 | Sentrimax Centrifuges, Inc.<br>108 Sentry Drive<br>Mansfield, TX 76063 |
| Gary Sweetman<br>226 Augusta Drive<br>Portland, TX 78374 | Magnum Oil Tools Int'l, Ltd.<br>5655 Bear Lane, Suite 100<br>Corpus Christi, TX 78405 | Crain, Caton & James<br>17th Fl., 1401 McKinney St.<br>Houston, TX 77010-4035 |
| Stang Automation, Inc.<br>100 Pointe Marcelle Beaumont<br>Alberta T4X 0G2 Canada | Ber Mar Rewind, Ltd.<br>9609 109 Street<br>Grand Prairie AB T8V 4E3 Canada | Kirby-Smith Machinery, Inc.<br>P.O. Box 270360<br>Oklahoma City, OK 73137 |
| Williams Scotsman, Inc.<br>P.O. Box 91975<br>Chicago, IL 60693-1975 | Tucker Albin & Assoc., Inc.<br>1702 N. Collins Blvd., Suite 100<br>Richardson, TX 75080 | Harvey Fuels, Inc.<br>P.O. Box 8026<br>Ruidoso, NM 88355 |
| Forrest Tire, Inc.<br>P.O. Box 1778<br>Carlsbad, NM 88221-1778 | A.G. Investments, Ltd.<br>740 Walt Whitman Rd.<br>Melville, NY 11747-9090 | Pactec, Inc.<br>P.O. Box 8069<br>Clinton, LA 70722 |
| ASK Environmental Equipment<br>20504 Enfield Ave. N<br>Forest Lake, MN 55025 | Harvey Rodriguez<br>215 E. Elm St.<br>Loving, NM 88256 | United Healthcare<br>Dept. CH 1051<br>Palatine, IL 60055-0151 |
| DNOW, LP<br>P.O. Box 40985<br>Houston, TX 77240-0985 | JB Electric, LLC<br>P.O. Box 171<br>Carlsbad, NM 88221 | Big Dog - Rig Movers<br>7500 W. Hwy. 80<br>Midland, TX 79706 |
| Robert L. Barrows<br>Warren, Drugan & Barrows, PC<br>800 Broadway<br>San Antonio, TX 78215 | Diane W. Sanders<br>Linebarger Goggan Blair & Sampson<br>PO Box 17428<br>Austin, TX 78760 | Ronald A. Simank<br>Schauer & Simank, PC<br>615 N. Upper Broadway, Suite 700<br>Corpus Christi, TX 78401 |

Lee Gordon
McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, TX 78680

David I. Moulton
Bruckner Burch PLLC
8 Greenway Plaza, Suite 1500
Houston, TX 77046-0804

Scott Duncan
Magnum Oil Tools International
5655 Bear Lane, Suite 100
Corpus Christi, TX 78405

Michael G. Kelly
Attorney at Law
P.O. Box 1311
Odessa, TX 79760-1311

David L. Campbell
Underwood Perkins, PC
5420 LBJ Frwy., Suite 1900
Dallas, TX 75240

Nathaniel Peter Holzer
Jordan Hyden Womble Culbreth et al
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78401-0341